AO 442 (Rev. 12/85) Warrant f...

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

VICTOR M. CONTRERAS

WARRANT FOR ARREST

06 - 055M-01

CASE NUMBER: W427792 EC37

**FILED**
FEB 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____VICTOR M. CONTRERAS_____ and bring him
                                              (name)
or her forthwith to the nearest magistrate to answer a(n)

___ Indictment       ___ Information       ___ Complaint       ___ Order of Court

_X_ Violation Notice       ___ Probation Violation Petition

charging him or her with **The unauthorized removal of public or private property on or from a National Wildlife Refuge**

in violation of Title _16_ United States Code, Section(s) _460k 50 CFR 27.61_

DAVID W. DANIEL                                    CLERK
Name of Issuing Officer                            Title of Issuing Officer

By [signature]                                     November 2, 1999,  Raleigh, NC
Signature of Issuing Officer-                      Date and Location
Deputy Clerk

Forfeiture of Collateral : $ 300.00        by _____
                                              Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 2/10/06 | [signature] Busty Bur | [signature] |

I did observe Victor Manuel CONTRERAS, defendant, remove public property (i.e., North Carolina Department of Transportation right-of-way marker) from Pea Island National Wildlife Refuge in violation of 16USC460K, 50-CFR-27.61. I did observe CONTRERAS place the right-of-way marker into the luggage compartment of the vehicle he was riding in and close the compartment. CONTRERAS admitted to taking the right-of-way marker and claimed that he was going to use it for a tent pole. NOTHING FOLLOWS:

The foregoing statements are based upon:
X  my personal observation
___ my personal investigation
___ information supplied to me by my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: JULY 7, 1999      _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     _____
                         John D. Wallace, RF2098
                         U.S. Magistrate Judge

**FILED**
FEB 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

W 427792

Officer No. RF-2098

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07-04-1999 11:55 a.m.
Offense Charged: 16 USC 460K  50-CFR-27.61
Place of Offense: Pea Island NWR, Dare County, North Carolina

Offense Description: The unauthorized removal of public or private property on or from a National Wildlife Refuge.

Defendant's Last Name: CONTRERAS  First Name: VICTOR  M.I.: M.
Street Address:
City: GAITHERSBURG  State: MD  Zip Code: 20877
Driver's License No.: 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  D.L. State: DC
Date of Birth:
Social Security Number:

VEHICLE DESCRIPTION
Vehicle Tag No.: YUG-4703  Vehicle Tag State: VA  Year: 1999  Vehicle Make: FORD  Vehicle Color: D. GREEN

A ☐ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
   ☐ I wish to terminate this matter by paying the collateral shown below.
   enclosed.
   ___ I plead not guilty and promise to appear as required.

YOUR COURT DATE
Court Address: TO BE NOTIFIED BY MAIL
1-800-827-2982

Date: ___  Time: ___

Collateral (fine): $150.00   To be paid by mail used. SEE INSTRUCTIONS
Original - CVB Copy

Physical Description:
Sex: M  Race: H  Height: 71"  Weight: 160  Hair: BLK BRN  Eyes: BRN
Build: (Circle One) Slim / Medium / Heavy
Complexion: Light
Weather Conditions: Clear / Rain / Snow / Icy / Fog
Traffic Conditions:

(Circle One) Adult / Juvenile

FWS Form 3-219, Rev 7-97