```
                         IN THE
            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA


                       *  *  *

UNITED STATES OF AMERICA     )
                             )
            Plaintiff;       )
                             )
            v.               ) MAG NO 06-0055 (AK)
                             )
                             )
VICTOR M. CONTRERAS,         )
                             )
            Defendant.       )
```

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


                         /S/
By: _____
CARLOS J. VANEGAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 15TH day of February, 2006.

                         /s/
By: _____
CARLOS J.VANEGAS