**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 2/27/06

Nancy Mayer-Whittington
Clerk of the Court

RECEIVED MAR 0 1 2006
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC

FILED MAR 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address of Other Court: U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

RE: 06MG55 Victor M. Contreras

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Viol Not | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotters dated 2/10/06 & 2/23/06. | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk